PROB 12C
(6/16)

Report Date: October 30, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Cervantes                    Case Number: 0980 2:17CR00109-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: October 19, 2017

| | | |
|---|---|---|
| Original Offense: | Escape From Custody, 18 U.S.C. §§ 751(a) and 4082(a) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: September 17, 2020 |
| Defense Attorney: | Daniel Ruben | Date Supervision Expires: September 16, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
 | **Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to report as directed to the U.S. Probation Office since September 30, 2020.
 | Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include standard condition number 2, as noted above.
 | On September 30, 2020, Mr. Cervantes was provided instructions to report by telephone weekly on Tuesdays, as the COVID-19 pandemic has kept the Richland Probation Office closed to the public. Mr. Cervantes has failed to report by telephone as instructed. Telephone and text message attempts by the undersigned officer to contact Mr. Cervantes have been made on October 20 and 26, 2020, but have not been successful.

Prob12C
**Re: Cervantes, Oscar**
**October 30, 2020**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition #2**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to obtain a mental health evaluation as directed since September 30, 2020.

Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include special condition number 2, as noted above.

On September 30, 2020, Mr. Cervantes was referred to Riverview Counseling and Consulting in Richland, Washington. He was directed to contact them and complete a mental health assessment and follow through with any recommended treatment. As of the date of this report, Mr. Cervantes has not contacted Riverview Counseling and Consulting nor completed a mental health assessment.

| | |
|---|---|
| 3 | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to obtain a substance abuse evaluation as directed since September 30, 2020.

Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include special condition number 5, as noted above.

On September 30, 2020, Mr. Cervantes was referred to Merit Resource Services (Merit) in Kennewick, Washington. He was directed to contact Merit and complete a substance abuse assessment and follow through with any recommended treatment. As of the date of this report, Mr. Cervantes has not contacted Merit nor completed a substance abuse assessment.

| | |
|---|---|
| 4 | **Special Condition # 6**: You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Cervantes, Oscar**
**October 30, 2020**
**Page 3**

**Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to report for urinalysis testing on October 12 and 20, 2020.

Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include special condition number 6, as noted above.

On September 30, 2020, Mr. Cervantes was referred to Merit in Kennewick, for random urinalysis (UA) testing. He was directed to call the UA testing phone number daily and report to Merit's office to provide a UA when the color gold was called.

Merit notified the U.S. Probation Office on October 19, 2020, advising the color gold was called on October 12, 2020, and Mr. Cervantes failed to appear for his UA test.

Another notice was received from Merit on October 21, 2020, advising the color gold was called on October 20, 2020, and Mr. Cervantes failed to appear for his UA test.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/30/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

November 2, 2020
Date